**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ROGER ALAN MOSELEY,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION: 1:22-00157-KD-N** |
| ) | |
| **WARDEN BUTLER,** *et al.*, ) | |
| Respondents. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 11) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2254 Proceedings for the United States District Courts, and S.D. Ala. Gen. LR 72(a)(2)(R), and dated December 13, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Moseley's: 1) motion to proceed without being time barred (Doc. 9) is **DENIED;** and 2) Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 3) dated May 2, 2022 is **DISMISSED** with prejudice.

Additionally, Petitioner Moseley is not entitled to a Certificate of Appealability in relation to this final adverse order, and the Court **CERTIFIES** that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Petitioner Moseley is not entitled proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **2nd** day of **February 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**