IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER ALAN MOSELEY,       ) | |
|     Petitioner,       ) | |
|            ) | |
| v.       ) | CIVIL ACTION: 1:22-00157-KD-N |
|            ) | |
| WARDEN BUTLER, *et al.*,       ) | |
|     Respondents.       ) | |

**JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Moseley's: 1) motion to proceed without being time barred (Doc. 9) is **DENIED;** and 2) Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 3) dated May 2, 2022 is **DISMISSED** with prejudice. Additionally, Petitioner Moseley is not entitled to a Certificate of Appealability in relation to this final adverse order, and the Court **CERTIFIES** that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Petitioner Moseley is not entitled proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **2nd** day of **February 2023.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**